## BLACKWELL v. JOHNSON.

November 23, 1839.

*Rule to show cause why the recognisance should not be stricken off.*

If security for stay of execution be entered, after the expiration of thirty days from the date of the judgment, although no execution has issued, the court, on the motion of the plaintiff, will strike it off.

JUDGMENT was entered in this case, on the 7th day of October, 1839. No further proceeding took place till the 9th day of November, 1839, when the defendant entered surety for stay of execution.

Plaintiff obtained this rule to show cause.

*Meredith,* for plaintiff.

*J. Campbell,* for defendant, said, that by analogy to the principle of the case of Mann *v.* Alberti, 2 *Binn.* 195, the security although entered after the thirty days, if before execution issued, operated as a stay.

THE COURT said that the case of Mann *v.* Alberti had no application. That was a decision under the act of 1804, relating to judgments before justices of the peace, that a defendant might

enter bail for stay of execution, after the twenty days allowed for appeal, an execution not having been taken out. In that act there was no precise limit as to the time of entering bail. The act of 16th June, 1836, however, is imperative that the security for a *cesset* shall be entered in thirty days from the day of the judgment.

Rule absolute.

